OPINION — AG — A BINGO LICENSE IS NOT AUTHORIZED BY 21 O.S. 1977 Supp., 995.1 [21-995.1] THRU 21 O.S. 1977 Supp., 995.18 [21-995.18] TO HIRE HIMSELF OUT TO A PERSON, ORGANIZATION OR CORPORATION FOR PURPOSE OF CONDUCTING A BINGO GAME. BINGO LICENSEES MAY NOT COMMINGLE THEIR SESSIONS AND THEREBY CIRCUMVENT THE INTENT AND PROSCRIPTION OF 21 O.S. 1977 Supp., 995.10 [21-995.10] . FINALLY, ANY PERSON CONDUCTING A GAME OF BINGO FOR WHICH A PRIZE IS MADE OR AWARDED MUST BE LICENSEE OPERATING PURSUANT TO 21 O.S. 1977 Supp., 995.1 [21-995.1] THRU 21 O.S. 1977 Supp., 995.18 [21-995.18] CITE: 21 O.S. 1977 Supp., 995.12 [21-995.12] [21-995.12] , 21 O.S. 1977 Supp., 995.10 [21-995.10] (H. LEE SCHMIDT) ** SEE OPINION NO. 89-059 (1990) **